REDACTED

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )  **Criminal Action No. 08- *139*** |
| | ) |
| **VICTOR HARMON,** | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count One

On or about July 17, 2008, in the District of Delaware, VICTOR HARMON, defendant

herein, did buy, sell, exchange, transfer, receive and deliver false, forged, and counterfeited

obligations of the United States, to wit nine (9) fifty-dollar ($50.00) Federal Reserve Notes,

Serial Number EK31762477A; J0485 and thirty-one (31) fifty-dollar ($50.00) Federal Reserve

Notes, Serial Number CE18858469A; P9685, with the intent that the same be passed, published,

or used as true and genuine, in violation of Title 18, United States Code, Sections 473 and 2.

A TRUE BILL:

_____

COLM F. CONNOLLY
United States Attorney

BY: Shannon T. Hanson
Assistant United States Attorney

Dated: September 2, 2008